**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael ORANGE, Defendant–Appellant.**

**No. 07–15957**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

April 28, 2009.

Michael Orange, Pine Knot, KY, pro se.

David Andrew Sigler, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Before MARCUS, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Robert F. Clark, appointed counsel for Michael Orange in this direct criminal appeal, has moved to withdraw from further representation of the appellant because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Orange's convictions and sentences are **AFFIRMED.**